# Court of Appeals
# of the State of Georgia

ATLANTA, July 09, 2014

*The Court of Appeals hereby passes the following order*

**A14D0417. RONALD CAUDLE v. VRM (VENDOR RESOURCE MANAGEMENT),**
**DULY AUTHORIZED AGENT FOR THE SECRETARY OF VETERAN AFFAIRS.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2014CV1355



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, July 09, 2014.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*